IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LAVERNE JONES                                                                       PLAINTIFF

vs.                                                                                 No. 1:06CV129-D-B

WAL-MART STORES, INC.; and HARTFORD
LIFE AND ACCIDENT INSURANCE COMPANY                                                 DEFENDANTS

### ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the Defendant's motion for summary judgment (docket entry 26) is GRANTED;

(2)     the Plaintiff's claims are DISMISSED WITH PREJUDICE; and

(3)     this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 24th day of September 2007.

/s/ Glen H. Davidson
Senior Judge